# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States of America

Plaintiff(s),

vs.

Najeeb Rahman

Defendant(s).

2:15-cr-0178-LDG-GWF

___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 11 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

__Najeeb Rahman__ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

__Thomas Pitaro, Esq.__
(New Attorney)

(Address): __330 South 3rd Street, #860, Las Vegas, NV 89101__

(Telephone): __(702) 382-9221__, as attorney of record in place and

stead of: __Paul S. Padda__
(Present Attorney)

DATED: __7-11-16__   _____
(Signature of Party)

I consent to the above substitution.

DATED: __7/11/2016__   _____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 7-11-16 _____
(Signature of New Attorney)

Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: 7/11/16 _____
UNITED STATES DISTRICT JUDGE

6/95