Thomas F. Pitaro, Esq.
Nevada bar No. 1332
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 382-9221 Fax (702) 382-9961
Attorney for Defendant – NAJEEB RAHMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-00178-LDG-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Fifth Request |
| | ) | |
| NAJEEB RAHMAN, | ) | |
| | ) | |
| Defendant | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Counsel has spoken to AUSA Kimberly Frayn and she does not oppose to the continuance.

3. Defense Counsel was recently retained to represent Defendant.

4. Defense Counsel is requesting additional time to adequately prepare for sentencing.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the fifth request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for August 25, 2016, at 10:00 a.m., be continued to the <u>26th</u> day of <u>September</u>, 2016 at <u>10:00 a.m.</u>, in courtroom 6B.

DATED this <u>15</u> day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE