# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2: 15-cr-00178-LDG-GWF |
| Plaintiff, | |
| vs. | ORDER |
| NAJEEB RAHMAN, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant filed his Motion to Withdraw Guilty Plea on October 25, 2016.

2. Because sentencing was scheduled for 10:00 a.m. on October 27, 2016, the Government filed a short response to the defendant's motion on October 26, 2016.

3. On October 27, 2016, the Court continued the hearing on the defendant's motion to February 6, 2017.

4. Since October 27, 2016, transcripts of several relevant court hearings have become available.

5. The Court would benefit from briefing that more fully addresses the specific issues presented by the defendant's motion.

6. Both parties consent to this request for leave to file supplemental briefing.

7.      Granting leave to provide supplemental briefing would not affect the date for the February 6, 2017, hearing on the defendant's motion, as briefing would be complete one week before the hearing.

For all of the above-stated reasons, there is good cause for the submission of supplemental briefing.

**ORDER**

IT IS ORDERED that the Government may file a supplemental response to the defendant's Motion to Withdraw Guilty Plea on or before January 20, 2017; and

IT IS FURTHER ORDERED that the defendant may file a reply brief on or before January 30, 2017.

Dated this 26 day of January, 2017

By: _____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

4