```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           FEB 2 4 2017

     CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-cr-178-LDG-GWF |
| ) | |
| vs. ) | |
| ) | |
| NAJEEB RAHMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

On February 24, 2017, a request for transcript of a **SEALED** hearing held on February 6, 2017, was received from Richard Anthony Lopez, Assistant United States Attorney.

**IT IS THE ORDER OF THE COURT** that the **SEALED** portion of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by counsel for the government.

**IT IS FURTHER ORDERED** that the **SEALED** portion of the audio shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that counsel shall not disclose the **SEALED** contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 24th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE