Thomas F. Pitaro, Esq.
Nevada bar No. 1332
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant - NAJEEB RAHMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-00178-LDG-GWF-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAJEEB RAHMAN, | ) | |
| | ) | |
| Defendant | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Richard Anthony Lopez and he does not oppose to the continuance.

4. AUSA Richard Anthony Lopez ordered a transcript of the February 6, 2017, hearing (ECF 56) and the transcripts is not expected to be ready until March 10, 2017.

-3-

5. Counsel is requesting additional time so that he will be able to review the transcripts and file the brief thereafter.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Defendant's Brief is due on March 15, 2017.

IT IS HEREBY ORDERED that the Governments response is due on March 22, 2017.

IT IS HEREBY ORDERED that the Reply is due on March 24, 2017.

IT IS FURTHER ORDERED that Oral Argument remains scheduled for March 30, 2017 at 10:00 a.m.

DATED this 10 day of March, 2017.

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE