**ORD**
THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
**PITARO & FUMO, CHTD.**
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 382-9221 Fax (702) 474-4210
Attorneys for Defendant – NAJEEB RAHMAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-0178-LDG-GWF |
| Plaintiff, | |
| vs. | |
| NAJEEB RAHMAN, | **ORDER WITHDRAWING AS COUNSEL OF RECORD** |
| Defendant. | |

This matter having come before the court on April 17, 2017 and the court being fully advised in the premises hereby enters the following:

**IT IS HEREBY ORDERED** that THOMAS F. PITARO, ESQ., Motion to Withdraw As Counsel for **NAJEEB RAHMAN, is GRANTED.**

DATED  18  April 2017.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Prepared by:
**PITARO & FUMO, CHTD.**

By: _/S/ Thomas F. Pitaro, Esq._ .
THOMAS F. PITARO, ESQ. (SBN 1332)
Dated: 04/17/2017