LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN**
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Najeeb Rahman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-CR-0178 LDG |
| Plaintiff, ) | |
| ) | **MOTION TO UNSEAL** |
| vs. ) | **TRANSCRIPT OF HEARING** |
| ) | |
| NAJEEB RAHMAN, ) | |
| Defendant ) | |

    The defendant, NAJEEB RAHMAN, by and through his counsel, Lisa A. Rasmussen, moves this Court for an Order unsealing the proceedings held on February 6, 2017. Those proceedings did not appear in the minutes of the docket, so the undersigned did not realize that there was any hearing held on February 6, 2017. Mr. Rahman indicates that sworn testimony was taken at this hearing and that a transcript of the proceedings is needed for his appeal.

    Thus, it is respectfully requested that this Court issue an order unsealing the transcript of the hearing held on February 6, 2017 for the purpose of Mr. Rahman's appeal.

. . .

A transcript request has been prepared and delivered to the Court Recorder, but she will need this Court's order in order to prepare the transcript.

Dated: 8/3/2017      **LAW OFFICE OF LISA RASMUSSEN,**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
601 South Tenth Street, Suite 100
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing MOTION TO UNSEAL TRANSCRIPT upon all persons registered to receive CM/ECF notice in this case, as required by local rule, on this 3RD day of August, 2017

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN

ORDER

IT IS SO ORDERED.

DATED this 16 day of August, 2017.

_____
Lloyd D. George
U.S. District Judge