# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAJEEB RAHMAN,

    Defendant.

Case No. 2:15-cr-00178-LDG (GWF)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion to Amend Judgment (#84) is DENIED.

DATED this _____ day of October, 2017.

Lloyd D. George
United States District Judge