**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 17-10200 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:15-cr-00178-LDG-GWF |
| | ) | |
| NAJEEB RAHMAN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Pursuant to the order filed September 20, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Mark Eibert is appointed to represent Najeeb Rahman for this appeal. Mr. Eibert's address is: P.O. Box 1126, Half Moon Bay, CA 94019 and his phone number is 650-712-8380

Former counsel, Thomas F. Pitaro is directed to forward the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 16th day of October 2017.
Nunc Pro Tunc Date: September 29, 2017.

_____
UNITED STATES DISTRICT JUDGE