# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAJEEB RAHMAN,

    Defendant.

Case No. 2:15-cr-00178-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant's Pro Se Motion for Release Pending Appeal (ECF No. 104) is DENIED.

DATED this 12 day of April, 2018.

Lloyd D. George
United States District Judge