# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Najeeb Rahman

          Defendant.

JUDGMENT

Case Number: 2:15-cr-00178-GMN-GWF-1

(Related case: 2:20-cv-01582-GMN)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is denied.
No Certificate of Appealability shall issue.

| August 26, 2020 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |