**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221  Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAJEEB RAHMAN,<br><br>　　　　Defendant. | Case No.  2:15-CR-00178-GMN-GWF |

**STIPULATION AND ORDER TO CONTINUE REPLY DEADLINE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NAJEEB RAHAM;** that Defendant's Reply deadline be moved one week to August 2, 2023.

　　1.　On July 19, 2023, the Government filed a Response to Defendant's Motion for Termination of Supervised Release or, in the Alternative, Modification of Supervised Release (ECF 148).

　　2.　Counsel for Defendant needs a one week continuance to file the reply to Government's Response.

3. Counsel for Defendant has spoken to AUSA Lopez and he does not oppose to the continuance.

4. Counsel for Defendant is waiting for transcripts to be produced in order to adequately prepare the response to governments response.

**DATED** this 25th day of June 2025.

| /S/ Michael J. Miceli, Esq. | /S/ Tony Lopez, AUSA . |
|---|---|
| **MICHAEL J. MICELI, ESQ.** | **TONY LOPEZ, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**IT IS SO ORDERED** that the Defendant's Reply to Government's Response be due on August 2, 2023.

_____
**DISTRICT COURT JUDGE**