**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAJEEB RAHMAN,<br><br>　　　　　Defendant. | Case No.  2:15-CR-00178-GMN-GWF |

### STIPULATION AND ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NAJEEB RAHAM;** that the revocation of supervised release currently scheduled for January 21, 2025 be continued to sixty days or to a date and time convenient to the Court. In support of this Stipulation, the parties state as follows:

1. Defendant is not in custody and does not object to this request for continuance.

2. Counsel has spoken to AUSA Tony Lopez, who does not oppose a continuance.

3. Counsel needs additional time to prepare for hearing and is waiting for additional documents as well.

4. Denial of this request for continuance could result in a miscarriage justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing until a date and time convenient to the Court but no sooner than sixty days.

6. This is the 1st request to continue the Revocation Hearing in this matter.

**WHEREFORE**, the parties respectfully request that the Court accept the stipulation of the parties and enter an Order continuing the Revocation Hearing to a date and time convenient to the Court but no earlier than sixty days. A proposed Order is attached for the Court's consideration.

**DATED** this 15th day of January 2025.

Respectfully submitted,

| | |
|---|---|
| /S/ Michael J. Miceli, Esq. | /S/ Tony Lopez, AUSA . |
| **MICHAEL J. MICELI, ESQ.** | **TONY LOPEZ, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

MICHAEL J. MICELI, ESQ.
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NAJEEB RAHMAN,

        Defendant.

Case No. 2:15-CR-00178-GMN-GWF

### ORDER

**IT IS SO ORDERED** that the Revocation of Supervised Released Hearing currently set for January 21, 2025 at 2 p.m., in Courtroom 7D be vacated and continue to __18th__ day of __March__, 2025 at __10 AM__ a.m in Courtroom 7D.

_____
**DISTRICT COURT JUDGE**

-3-