**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  2:15-CR-00178-GMN-GWF |
| Plaintiff, | |
| vs. | (2nd Request) |
| **NAJEEB RAHMAN**, | |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ,**
Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J.**
**MICELI, ESQ.**, counsel for **NAJEEB RAHAM;** that the revocation of supervised release
currently scheduled for March 18, 2025, at 2:30 p.m., be continued to forty five (45) days or to a
date and time convenient to the Court. In support of this Stipulation, the parties state as
follows:

1.      Defendant is not in custody and does not object to this request for
continuance.

2.    Counsel has spoken to AUSA Tony Lopez, who does not oppose a continuance.

3.    Counsel needs additional time to prepare for hearing and is waiting for additional documents as well.

4.    Denial of this request for continuance could result in a miscarriage justice.

5.    For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing until a date and time convenient to the Court but no sooner than forty five (45) days.

6.    This is the 2nd request to continue the Revocation Hearing in this matter.

**WHEREFORE**, the parties respectfully request that the Court accept the stipulation of the parties and enter an Order continuing the Revocation Hearing to a date and time convenient to the Court but no earlier than forty five (45) days.  A proposed Order is attached for the Court's consideration.

**DATED** this 12th day of March 2025.

Respectfully submitted,


  /S/ Michael J. Miceli, Esq.                       /S/ Tony Lopez, AUSA      .
**MICHAEL J. MICELI, ESQ.**                **TONY LOPEZ, ESQ.**
Nevada Bar No. 10151                       Assistant United States Attorney
601 Las Vegas Blvd. S.                     501 Las Vegas Blvd. S., Ste. 1100
Las Vegas, Nevada  89104                   Las Vegas, NV 89101
Attorney for Defendant                     Attorney for the United States

**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-CR-00178-GMN-GWF |
| Plaintiff, | |
| vs. | |
| NAJEEB RAHMAN, | |
| Defendant. | |

**ORDER**

   **IT IS SO ORDERED** that the Revocation of Supervised Released Hearing currently set for March 18, 2025 at 2:30 p.m., in Courtroom 7D be vacated and continue to __9th__ day of __May___, 2025 at _9:00__ a.m. in Courtroom 7D.

_____
**DISTRICT COURT JUDGE**

-3-