**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  2:15-CR-00178-GMN-GWF |
| Plaintiff, | |
| vs. | (5th Request) |
| **NAJEEB RAHMAN,** | |
| Defendant. | |

## STIPULATION AND ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

   **IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ,** Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NAJEEB RAHAM;** that the revocation of supervised release currently scheduled for July 16, 2025, at 9:00 a.m., be continued to sixty (60) days or to a date and time convenient to the Court. In support of this Stipulation, the parties state as follows:

   1.     Among other things, the petition in this revocation proceeding alleges that defendant has committed new offenses, including wire fraud. A federal law enforcement

investigation into this allegation has obtained numerous documents and recordings, including thousands of pages of bank records and hours of recorded phone calls and meetings.

     2.     The government anticipates that this proceeding may require a contested hearing as to whether the defendant committed these new offenses and is providing fulsome discovery to the defense.

     3.     Because of the nature of the investigation and the criminal history of the defendant, the government needed to redact the personal identifying information and financial account information from this voluminous discovery. The government anticipates being substantially complete with its discovery production by Friday, July 11.

     4.     Defense counsel needs additional time to review this discovery and prepare for the revocation hearing.

     5.     Defendant is not in custody and does not object to this request for continuance.

     6.     The government does not oppose continuance.

     7.     The parties do not anticipate requesting another continuance of the revocation hearing.

     8.     Denial of this request for continuance could result in a miscarriage justice.

     9.     For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing until a date and time convenient to the Court but no sooner than sixty (60) days.

     10.     This is the 5th request to continue the Revocation Hearing in this matter.

/ / /

/ / /

/ / /

**WHEREFORE**, the parties respectfully request that the Court accept the stipulation of the parties and enter an Order continuing the Revocation Hearing to a date and time convenient to the Court but no earlier than sixty (60) days. A proposed Order is attached for the Court's consideration.

**DATED** this 10th day of July 2025

Respectfully submitted,

/S/ Michael J. Miceli, Esq.
**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 10151
601 Las Vegas Blvd. S.
Las Vegas, Nevada 89101
Attorney for Defendant

/S/ Tony Lopez, AUSA
**TONY LOPEZ, ESQ.**
Assistant United States Attorney
501 Las Vegas Blvd. S., Ste. 1100
Las Vegas, NV 89101
Attorney for the United States

1  **MICHAEL J. MICELI, ESQ.**
   Nevada Bar No. 010151
2  **PITARO & FUMO CHTD.**
   601 Las Vegas Blvd. South
3  Las Vegas, Nevada 89101
   (702) 382-9221Fax: (702) 474-4210
4  Email: michaeljmiceli@gmail.com
   Attorney for Defendant
5  **NAJEEB RAHMAN**
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10

11  **UNITED STATES OF AMERICA**,

12                                          Case No.  2:15-CR-00178-GMN-GWF
            Plaintiff,
13
14  vs.

15  **NAJEEB RAHMAN**,

16            Defendant.

17

18                                **ORDER**

19        **IT IS SO ORDERED** that the Revocation of Supervised Released Hearing currently set

20  for July 16, 2025 at 9:00 a.m., in Courtroom 7D be vacated and continue to __18th__ day of

21  __September_____, 2025 at _9:00_ a.m. in Courtroom 7D.

22
    DATED this 11th day of July, 2025.
23

24                                          _____
                                            **DISTRICT COURT JUDGE**
25

26

27

28