**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAJEEB RAHMAN,<br><br>Defendant. | Case No.  2:15-CR-00178-GMN-GWF<br><br>(6th Request) |

### STIPULATION AND ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NAJEEB RAHAM;** that the revocation of supervised release currently scheduled for September 18, 2025, at 9:00 a.m., be continued to forty five (45) days or to a date and time convenient to the Court. In support of this Stipulation, the parties state as follows:

1. Defendant is not in custody and does not object to this request for continuance.

2. Counsel has spoken to AUSA Tony Lopez, who does not oppose a continuance.

3. Counsel spoke with AUSA Tony Lopez and was informed that the Government intends to call several witnesses at the revocation hearing in regard to the alleged violations by Mr. Rahaman.

4. Counsel has been informed that these witnesses testified several weeks ago in a civil bench trial in State court regarding many of the same issues that they would be testifying about at the revocation hearing.

5. Counsel is in the process of obtaining the transcripts of the trial as well as the Judge's ruling. Counsel needs these documents to properly cross-examine the witnesses.

6. Therefore, Counsel could not be prepared to proceed at the scheduled hearing and therefore needs additional time to prepare for the hearing.

7. Denial of this request for continuance could result in a miscarriage justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing until a date and time convenient to the Court but no sooner than forty-five (45) days.

9. This is the 6th request to continue the Revocation Hearing in this matter.

///

///

///

**WHEREFORE**, the parties respectfully request that the Court accept the stipulation of the parties and enter an Order continuing the Revocation Hearing to a date and time convenient to the Court but no earlier than forty five (45) days. A proposed Order is attached for the Court's consideration.

**DATED** this 12th day of September 2025

Respectfully submitted,

| | |
|---|---|
| /S/ Michael J. Miceli, Esq. | /S/ Tony Lopez, AUSA |
| **MICHAEL J. MICELI, ESQ.** | **TONY LOPEZ, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**NAJEEB RAHMAN**,<br><br>Defendant. | Case No. 2:15-CR-00178-GMN-GWF |

**ORDER**

**IT IS SO ORDERED** that the Revocation of Supervised Released Hearing currently set for September 18, 2025, 2025 at 9:00 a.m., in Courtroom 7D be vacated and continue to  12th  day of  November , 2025 at  10:00  a.m. in Courtroom 7D.

DATED this 15th day of September, 2025

_____
DISTRICT COURT JUDGE