MICHAEL J. MICELI, ESQ.
Nevada Bar No. 010151
PITARO & FUMO CHTD.
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**NAJEEB RAHMAN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00178-GMN-GWF |
| Plaintiff, | |
| vs. | |
| NAJEEB RAHMAN, | |
| Defendant. | |

### ORDER

IT IS SO ORDERED that the Revocation of Supervised Released Hearing currently set for December 17, 2025, 2025 at 9:00 a.m., in Courtroom 7D be vacated and continue to __5th__ day of __March__, 2026 at __9:00__ a.m in Courtroom 7D.

_____
DISTRICT COURT JUDGE