**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NAJEEB RAHMAN,

Defendant.

Case No.: 2:15-cr-00178-GMN-NJK

**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

Pending before the Court is the Motion for Compassionate Release, (ECF No. 207), filed by Defendant Najeeb Rahman. The Government filed a Response, (ECF No. 209). Because Defendant's circumstances have not significantly changed since his sentencing just seven months ago, (*see* ECF No. 465), the Court DENIES Defendant's Motion for compassionate release.

Defendant argues that compassionate release is appropriate due to: (1) his own advanced age and deteriorating health; (2) the deterioration in the health of his wife and the absence of another caregiver; and (3) the need to protect his family from a victim of Rahman's crimes who has made threatening statements at their house. However, none of these reasons constitute "extraordinary and compelling reasons" pursuant to 18 U.S.C. §3582(c)(1)(A): (1) Defendant's age was known at the time of sentencing and he has not demonstrated an extraordinary deterioration in health; (2) Defendant has claimed he is the sole capable caretaker for his wife since 2018, (*see* ECF No. 104), and has not demonstrated an extraordinary change in circumstance since; and (3) threatening statements made by one of Defendant's defrauded victims is not a basis on which to grant Defendant's release.

///

Furthermore, in reviewing a request to modify the terms of a sentence, 18 U.S.C. §3582(c)(1)(A) directs courts to consider the same Section 3553(a) factors it weighs in the initial imposition of a sentence. Given that Defendant has repeatedly committed crimes causing real harm to the community while on prior supervised release, the Court finds that the nature of the offense and the history of the defendant, need to provide a just punishment, and need to protect the public from further crimes of the Defendant all weigh in favor of denying compassionate release.

The Court denies this motion without prejudice so that Defendant may again move for compassionate release if his or his wife's medical condition were to worsen. The Court will not look favorably on another motion filed without a genuine change in circumstance.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Sentence Reduction, (ECF No. 207), is **DENIED** without prejudice.

**DATED** this 16 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT